UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO

MEGAN WILLIAMS, as Personal
Representative of the Estate of KEDAR
WILLIAMS, deceased, on behalf of the
ESTATE and its lawful survivors, to wit:
MEGAN WILLIAMS, surviving mother, and
JEFFREY WILLIAMS, surviving father,

    Petitioner,
vs.

THE SCHOOL BOARD OF PALM BEACH
COUNTY, FLORIDA

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA (hereinafter, the "Defendant"), by and through its undersigned counsel, hereby provide notice of removal of the above captioned case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §1441(a) and (c), and §1446. Removal is proper for the following reasons:

1.    This action was commenced by Plaintiffs, MEGAN WILLIAMS, as Personal Representative of the Estate of KEDARWILLIAMS, deceased, on behalf of the ESTATE and its lawful survivors, to wit: MEGAN WILLIAMS, surviving mother, and JEFFREY WILLIAMS, surviving father, (hereinafter, the "Plaintiffs") in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on or about August 17, 2020. The case was docketed as Civil Action No. 502020CA002857-XXXX-MB/AK.

2. This Notice of Removal is timely, as it is filed within thirty (30) days of the date of service of the Complaint on the Defendant. Defendant was served on August 25, 2020. The School Board consents to the removal.

3. Promptly after filing this Notice of Removal, the Defendant shall give written notice of the removal to Plaintiff, by and through his designated counsel, and to the Clerk of the Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida as provided in 28 U.S.C. §1446(d).

4. Pursuant to 28 U.S.C. § 1446(a), a copy of each documents served upon the Defendants in the underlying action is attached, including:

   a) Plaintiff's Complaint **(Exhibit "A")**;

   b) Summons to Defendant School Board **(Exhibit "B")**;

   c) Notice of Appearance and Designation of E-Mail Addresses (lead counsel Jon Erik Bell, Esq. **(Exhibit "C")**; and

   d) Notice of Appearance and Designation of E-Mail Addresses (Co-counsel Melissa McCartney, Esq. **(Exhibit "D")**

**FEDERAL QUESTION JURISDICTION**

4. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1331. The Plaintiff has alleged a number of claims arising under the Constitution and laws of the United States.

5. This case is removable from state court to federal court on the basis of federal question jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1441(a) and (c).

6. The Complaint, on its face, presents federal questions. Specifically, the Plaintiff alleges violations of:

- The decedent's rights under the 8th Amendment to the United States Constitution;

2

- The decedent's rights under the 14th Amendment to the United States Constitution; and

- The decedent's rights, as enforceable under Title 42, Section 1983, United States Code

*See* Complaint, attached hereto as Exhibit "A," at ¶s 30-37.

## **VENUE**

7. Removal to the United States District Court for the Southern District of Florida is proper because the Complaint was filed in Palm Beach County, Florida. See 28 U.S.C. §1441(a).

WHEREFORE, Defendant, the School Board of Palm Beach County, Florida, gives notice that the above-described action pending against it in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed to the United States District Court for the Southern District of Florida.

Date: September 23, 2020                                            Respectfully submitted,

By: */s/ Jon Erik Bell*
Jon Erik Bell, Esq.
Florida Bar No.: 328900
THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
JulieAnn Rico, Esq., General Counsel
3320 Forest Hill Blvd, C-331
West Palm Beach, FL 33416-9239
Telephone: 561-434-8750
Facsimile: 561-434-8105

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2020, the foregoing document was electronically filed via CM/ECF, which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

                THE SCHOOL BOARD OF PALM
                BEACH COUNTY, FLORIDA
                JulieAnn Rico, Esq., General Counsel
                3320 Forest Hill Blvd, C-331
                West Palm Beach, FL  33416-9239
                Telephone:  561-434-8750
                Facsimile:  561-434-8105

By:   */s/ J. Erik Bell*
        Jon Erik Bell, Esq.
        Florida Bar No.: 328900
        jon.bell@palmbeachschools.org
        ana.jordan@palmbeachschools.org
        veronica.velez@palmbeachschools.org

## SERVICE LIST

Rosalyn Sia Baker-Barnes Esq.
Jordan A. Dulcie, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
rsb@searcylaw.com
jdulcie@searcylaw.com
baker-barnesteam@searcylaw.com
*counsel for Plaintiff, Megan Williams*

Salesia Smith-Gordon, Esq.
Law Offices of Salesia Smith-Gordon, P.A.
922 Second Street
West Palm Beach, FL 33401
salesia@smithgordonlaw.com
*counsel for Plaintiff, Jeffrey Williams.*