UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81723-CIV-ALTMAN/Brannon

**MEGAN WILLIAMS** *et al.*,

   *Plaintiffs*,

v.

**THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA**,

   *Defendant*.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Motion to Dismiss [ECF No. 8]. The Court held a Hearing [ECF No. 24] on the Motion on December 2, 2020. For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** that the Motion to Dismiss [ECF No. 8] is **GRANTED**. Count II is **DISMISSED without prejudice**. The Plaintiff shall, by **Monday, January 4, 2021**, file either (i) an Amended Complaint or (ii) a Notice of Voluntary Dismissal (to refile Count I in state court).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of December 2020.

                                                  **ROY K. ALTMAN**
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record