UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81723-CIV-ALTMAN/Brannon

**MEGAN WILLIAMS** *et al*,

    *Plaintiffs*,

v.

**THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA**,

    *Defendant*.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 38]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of April 2021.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record